UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN KEYSHONE ROLLEN,<br>Plaintiff,<br>v.<br>M. STANDFORD,<br>Defendant. | No. 2:26-cv-1368 CSK P<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: September 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

roll1368.36/2